FILED
CLERK U.S. DISTRICT COURT
OCT 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hanoch Eldar,<br><br>    Plaintiff<br><br>vs.<br><br>MRV Communications Inc. et al,<br><br>    Defendant. | CASE NO.: 2:13-cv-02923-SVW-CW<br><br>ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: October 28, 2013

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE